# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0288

VERSUS

DESMOND DUMAS

**MAY 6, 2024**

---

In Re:    Desmond Simon Dumas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-19-0176.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT DENIED.**

                    **JEW**
                    **EW**
                    **TPS**

COURT OF APPEAL, FIRST CIRCUIT

_Chambok Terrance_
DEPUTY CLERK OF COURT
        FOR THE COURT